JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

WILLIAM GUADALUPE VILLA CAMBRON,
Petitioner,
v.
J. JOHNSON, et al.,
Respondents.

Case No. 5:26-cv-04624-KES

**JUDGMENT**

Pursuant to the Court's Order Granting the Petition and Ordering Petitioner's Release from Custody, IT IS ADJUDGED that Grounds 2, 3, and 4 of the Petition are granted, and Grounds 1, 5, and 6 are dismissed without prejudice.

DATED: September 1, 2026

Karen E. Scott

KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE